IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARIA WIGGINS WELCH,            )
                                )
    Plaintiff,                  )
                                )
v.                              )   CASE NO. CV416-142
                                )
PULASKI STATE PRISON,           )
                                )
    Defendants.                 )
                                )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of August 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA